IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                                   Cause No.  05-CV-867 DRH

**HAROLD KRUMMEL,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------------

                                                                **NORBERT G. JAWORSKI, CLERK**

November 5, 2007                                 By:   s/Patricia Brown
                                                                 Deputy Clerk

APPROVED:  /s/      DavidRHerndon
                     **CHIEF JUDGE**
                     **U.S. DISTRICT COURT**